**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SEAN CHRISTOPHER DAUGHENBAUGH** | **CASE NO. 6:23-CV-01099** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **B G S MARINE SALES LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

The Court's Civil Case Management Order was issued in this matter on September 26, 2023. Under that Order, the parties were required to file their Rule 26(f) Case Management Report within fourteen (14) days of the date of their meeting, but no later than October 17, 2023. As of this date, no Rule 26(f) Case Management Report has been filed. Therefore,

IT IS ORDERED that counsel for all parties comply with this Court's Civil Case Management Order by filing their Rule 26(f) Case Management Report within five (5) days.

In Chambers, at Monroe, Louisiana, on this 23rd day of January, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE