# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **SEAN CHRISTOPHER DAUGHENBAUGH** | **CIVIL ACTION NO.: 6:23-CV-01099** |
| VS. | **JUDGE: TERRY A. DOUGHTY** |
| **BGS MARINE SALES, LLC, SUZUKI MARINE USA, LLC, AND THE SPORTSMAN** | **MAGISTRATE JUDGE: CAROL B. WHITEHURST** |

### CORPORATE DISCLOSURE STATEMENT OF TECK OUTDOORS, LLC

Now into Court, through undersigned counsel, comes **TECK OUTDOORS, LLC,** (incorrectly referred to as "The Sportsman" and "Tech Outdoors, LLC" ("**TECK**") who, pursuant to *Fed. R. Civ. P. 7.1*, submits the following Corporate Disclosure Statement:

**TECK** is a privately held Louisiana Limited Liability Corporation that was formed under the laws of the State of Louisiana, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**VEAZEY FELDER & RENEGAR, LLC**

/s/ G. Andrew Veazey
G. ANDREW VEAZEY #21929 T.A.
BRADFORD H. FELDER #25046
DONA K. RENEGAR #21834
KEVIN W. FOUQUIER #39182
2 Flagg Place
Post Office Box 80948
Lafayette, Louisiana 70598-0948
Telephone: (337) 234-5350
Fax: (337) 234-5310
Email: aveazey@vfrlawfirm.com
Email: kfouquier@vfrlawfirm.com

**ATTORNEYS FOR TECK OUTDOORS, LLC**